James MOODY and Janet Moody, As parents of Lindsay Brianne Moody, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

James A. Copeland and Lisa G. Copeland, Parents and next friends of Ashley Nicole Copeland, Petitioners–Appellants,

v.

Secretary of Health and Human Services, Respondent–Appellee.

Nos. 00–5129, 00–5130.

United States Court of Appeals, Federal Circuit.

Sept. 20, 2001.

Before PAULINE NEWMAN, MICHEL, and LOURIE, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36